C. S. Hebert, of New Orleans, La., for appellant.

Wayne G. Borah, U. S. Atty., and T. M. Logan Bruns, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The decree in this case is affirmed.

---

**1**

**In the Matter of KRAMERLITE CO., Inc., Bankrupt-Appellant.**

Circuit Court of Appeals, Second Circuit. February 8, 1928.

No. 156.

Appeal from the District Court of the United States for the Southern District of New York.

Irvin Waldman, of New York City, for appellant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

---

**2**

**I. B. LEVY, Trustee, et al., Appellants, v. CIMARRON RIVER OIL CO. et al.**

Circuit Court of Appeals, Eighth Circuit. January 27, 1928.

No. 7254.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

W. A. Ledbetter, H. L. Stuart, R. R. Bell, and E. P. Ledbetter, all of Oklahoma City, Okl., for appellants.

B. B. Blakeney and Hubert Ambruster, both of Oklahoma City, Okl., and John J. Shea and Thomas F. Shea, both of Tulsa, Okl., for appellees.

PER CURIAM. Appeal dismissed on motion of certain appellees without costs to either party in this court.

---

**3**

**W. R. LIGHT, Plaintiff in Error, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit. January 27, 1928.

No. 7272.

In Error to the District Court of the United States for the Western District of Oklahoma.

William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl., for the United States.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error under Rules 23 and 24.

---

**4**

**John A. McKAY, Libelant-Appellant, v. Steamship EMPRESS OF SCOTLAND, Her Boats, Boilers, etc.; Canadian Pacific Railway Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit. February 20, 1928.

No. 161.

Appeal from the District Court of the United States for the Southern District of New York.

Franc & Becker, of New York City, for appellant.

Hardin & Hess, of New York City (Harold B. Elgar, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 783) affirmed, with costs.

---

**5**

**In the Matter of Louis MILLER, Trading as Midtown Lumber Company, Bankrupt; Joseph T. Stearns, Trustee-Appellant.**

Circuit Court of Appeals, Second Circuit. March 5, 1928.

No. 203.

Appeal from the District Court of the United States for the Southern District of New York.

Charles Soble, of New York City, for the bankrupt.

Archibald Palmer, of New York City (Max L. Rosenstein, of New York City, of counsel), for trustee-appellant.

Before L. HAND, SWAN, and AUGUS-TUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

---

**1**

**Joseph MLEKODAY, Plaintiff in Error, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit.
January 3, 1928.

No. 7929.

In Error to the District Court of the United States for the District of Minnesota.

W. H. McDonald, of Minneapolis, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error under Rules 23 and 24.

---

**2**

**J. B. MURPHY, Trustee, etc., Appellant, v. TOY NATIONAL BANK OF SIOUX CITY, IOWA.**

Circuit Court of Appeals, Eighth Circuit.
March 30, 1928.

No. 8106.

Appeal from the District Court of the United States for the Northern District of Iowa.

D. P. Shull and C. M. Stilwill, both of Sioux City, Iowa, for appellant.

David W. Stewart, R. H. Hatfield, and J. T. Burke, all of Sioux City, Iowa, for appellee.

PER CURIAM. Appeal dismissed without costs to either party in this court on motion of appellant.

---

**3**

**B. R. NORVELL et al., Appellants, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
March 12, 1928.

No. 5120.

Appeal from the District Court of the United States for the Western District of Louisiana; Benjamin C. Dawkins, Judge.

S. L. Herold, of Shreveport, La. (Thigpen, Herold, Lee & Cousin, of Shreveport, La., on the brief), for appellants.

Philip H. Mecom, U. S. Atty., of Shreveport, La. (J. Fair Hardin, Asst. U. S. Atty., of Shreveport, La., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. In this case we are content to adopt the opinion of the District Court reported in 20 F.(2d) 670. The judgment is affirmed.

---

**4**

**Anthony O'BOYLE, Libelant-Appellee, v. Steam Tug FRANK, Cornell Steamboat Company, Claimant-Appellant, and Barge M. F. Phalen, Edward J. Phalen, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
February 20, 1928.

No. 164.

Appeal from the District Court of the United States for the Eastern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Anthony O'Boyle.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for the Phalen.

Before MANTON, L. HAND, and AUGUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**5**

**John O'FALLON, Plaintiff in Error, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit.
January 24, 1928.

No. 7821.

In Error to the District Court of the United States for the Northern District of Oklahoma.

See, also, 15 F.(2d) 740.

John T. Harley, of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl., for the United States.